**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 3:14CR140–HEH
IREK ILGIZ HAMIDULLIN, )
a/k/a Irek Ilgiz Khamidullah, )
)
Defendant. )

## ORDER
### (Denying Oral Motion to Continue)

THIS MATTER is before the Court on an oral Motion to Continue the trial date in the above-captioned matter made by counsel for Defendant Irek Ilgiz Hamidullin ("Defendant") on the morning of trial. For the reasons stated on the record and in the accompanying Memorandum Opinion, Defendant's Motion to Continue is DENIED.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

_____/s/_____
Henry E. Hudson
United States District Judge

Date: Aug. 7, 2015
Richmond, Virginia